BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Christian Quiroga

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 08 CR 00170  LJO |
| | ) | |
| | ) | STIPULATION TO REDUCE AMOUNT |
| Plaintiff, | ) | OF PROPERTY BOND AND ORDER |
| | ) | |
| vs. | ) | |
| Christian Quiroga, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by defendant, Christian Quiroga, through his attorney Barbara Hope O'Neill, and Plaintiff, United States of America, by and through Assistant United States Attorney, Kimberly A. Sanchez, that the amount of equity in the house to be used for the release of the defendant pending resolution of his case be lowered from $75,000 to $43,000 as the house appraised lower than originally thought.

Pre-trial Services Officer Lydia Soreno agrees with the above stipulation.  All other conditions of pre-trial release which were ordered are to remain in full force and effect.

Dated:  September 22, 2008            s/s Barbara Hope O'Neill
                                   Barbara Hope O'Neill
                                   Attorney for Christian Quiroga

Dated:  September 22, 2008            McGregor W. Scott
                                   United States Attorney    By

                                    s/s  Kimberly A. Sanchez
                                   Kimberly A. Sanchez
                                   Assistant U.S. Attorney

-1-

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

IT IS HEREBY ORDERED that the property bond for defendant Christian Quiroga's release pending resolution of his case be reduced from $75,000 to $43,000. All other terms and conditions of release are to remain in full force and effect.

Dated:  September 24, 2008                    /s/ Gary S. Austin
                                              Honorable Gary S. Austin
                                              United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com