

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:08-CR-00170 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| CHRISTIAN QUIROGA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on January 30, 2009.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Jan 30, 2009

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1